**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SALOOMEH TEHRAN, *et al.*, | |
| Plaintiffs, | Case No. 25-cv-1584 (JMC) |
| v. | |
| MARCO RUBIO, in his official capacity as Secretary of State, *et al.*, | |
| Defendants. | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court **GRANTS**

Defendants' Motion to Dismiss. ECF No. 7. Accordingly, the Complaint, ECF No. 1 is

**DISMISSED** in its entirety.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

The Clerk of Court shall terminate this case.

**SO ORDERED.**

_____
JIA M. COBB
United States District Judge

Date: December 11, 2025